**MORRISON COHEN LLP**
Latisha V. Thompson (*pro hac vice*)
Jeremy D. Weinstein (*pro hac vice*)
909 Third Avenue
New York, NY 10022
Telephone:  212.735.8773
Facsimile:   212.735.8708
E-Mail: lthompson@morrisoncohen.com
         jweinstein@morrisoncohen.com

**SNELL & WILMER L.L.P.**
Joseph G. Adams (#018210)
Taryn J. Gallup (#035002)
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone:  602.382.6000
Facsimile:   602.382.6070
E-Mail: jgadams@swlaw.com
         tgallup@swlaw.com

*Attorneys for Defendant*
*Goli Nutrition Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Circle K Procurement and Brands Ltd. and Circle K Stores Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Goli Nutrition Inc., <br><br> Defendant. | No. CV-23-01417-PHX-DJH <br><br> **STATUS REPORT** <br> **BANKRUPTCY PROCEEDINGS** |

Defendant Goli Nutrition Inc. ("Defendant") through its undersigned counsel, respectfully submits this Status Report regarding Defendant's bankruptcy proceedings. [*See* ECF 30].

On March 18, 2024, Defendant filed a voluntary Chapter 15 Petition for Recognition of a Foreign Proceeding (the "Chapter 15 Case") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The foreign proceedings out of which the Chapter 15 Case arise was filed by Defendant and Goli Nutrition, Inc., a Delaware Corporation ("Goli US") in Canada pursuant to the Companies' Creditors Arrangement Act, R.S.C. 1985, C-36 before the Superior Court (the "Canadian Proceedings") (Defendant, together with Goli US, "Goli"), sitting in the Commercial Division for the district of Montreal (the "Canadian Court"). On March 18 and March 27, 2024, the Canadian Court issued stays of proceedings or enforcement processes against Goli and its property. A similar stay was entered in the Chapter 15 Case on March 22, 2024.

On April 16, 2024 this Court directed that the parties meet and confer and advise the Court whether this proceeding should be stayed in light of Defendant's filing for Chapter 15 Bankruptcy in the United States Bankruptcy Court [ECF No. 28, at n.1]. Counsel for Plaintiff and Defendant conferred, agreed that this matter should be stayed, and on April 26, 2024, filed a Joint Status Report reflecting that agreement [ECF No. 29].

On May 23, 2024 this Court entered an order staying this proceeding pending Defendant's bankruptcy proceedings [ECF No. 30].

Defendant provides the following update to the Court on the status of Defendant's bankruptcy proceedings:

On April 9, 2024, the Canadian Court entered a Rectified Approval and Reverse Vesting Order (the "RVO") which was adopted in full by order of Bankruptcy Court dated April 22, 2024. [Chapter 15 Case ECF No. 88].

Pursuant to the RVO, the equity interest in Goli Nutrition Inc. (Canada), the Defendant herein, was sold to a purchaser free of liabilities, including the claims asserted by Plaintiffs in this action. As part of the process authorized by the RVO, certain excluded assets, contracts and liabilities were transferred or vested out of Goli Nutrition Inc. (Canada) to a new company, 15938759 Canada Inc. ("Residual Co."), which became the holder of those certain excluded assets, contracts and liabilities.

On November 22, 2024, Residual Co. filed for bankruptcy protection in Canada. That matter is currently pending as *In re. 15938759 Canada Inc.*, Court No. 41-3157261 (the "Residual Co. Bankruptcy Proceeding").

As of today's date, the Residual Co. Bankruptcy Proceeding remains active.

Dated: May 23, 2025

Respectfully submitted,

**MORRISON COHEN LLP**

By: */s/ Jeremy D. Weinstein*
Latisha V. Thompson (*pro hac vice*)
Jeremy D. Weinstein (*pro hac vice*)
909 Third Avenue
New York, NY 10022
Telephone: 212.735.8773
Facsimile: 212.735.8708
E-Mail: lthompson@morrisoncohen.com
jweinstein@morrisoncohen.com

**SNELL & WILMER L.L.P.**
Joseph G. Adams (#018210)
Taryn J. Gallup (#035002)
One East Washington Street
Suite 2700
Phoenix, Arizona 85004-2556
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jgadams@swlaw.com
tgallup@swlaw.com

*Attorneys for Defendant*